April 29, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

DAVID  MCKEAND, Appellant

NO. 14-13-01119-CR                    V.

THE STATE OF TEXAS, Appellee

_____

       This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the trial court's ruling. The Court **AFFIRMS** the trial court's ruling.

       We further order appellant pay all costs expended in the appeal.

       We further order this decision certified below for observance.